# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**ALBERT LOSTON, JR. and**                                          **PLAINTIFFS**
**MELISSA LOSTON**

**V.**                                          **CIVIL ACTION NO. 2:05CV2131 LTS-JMR**

**AMERICAN GENERAL FINANCE, INC., ET AL.**                          **DEFENDANTS**

## ORDER OF DISMISSAL

Upon the motion of the plaintiff to dismiss this case with prejudice, it is

**ORDERED**

That the plaintiff's motion to dismiss [10] is hereby **GRANTED**; and

That this case is hereby finally **DISMISSED** with prejudice.

**SO ORDERED** this 2nd day of February, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge